

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

FILED
2020 MAR 30 PM 4:48
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

CIVIL NO. 03-20 0277

JAMES NATHANIEL DOUSE,
                Plaintiff, Pro Se
Vs.

NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC.
                Defendant.

_____/

## COMPLAINT

Come Now the Plaintiff, JAMES NATHANIEL DOUSE, filing this lawsuit against NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC, a FLORIDA CORPORATION and Hereinafter will reference as the Defendant.

Plaintiff's Complaint and Exhibits supports its position against Defendant's Actions From August 2019 to date.

This is not a "Shotgun" Pleading. The Defendant actions is a direct and proximate consequence of Violations of The Civil Rights Act of 1964 and 1968 and Violation of the Federal Fair Housing Act, Violation Veteran Administration Law, Violation of Federal Statutes and Violation of Florida Statute Statutes.

Case Number:

## I.     **INTRODUCTION**

**1). Section 42 USC 1983 ...Enforces The Equal Protection Clause ...of the Fourteenth Amendment to the United States Constitution.**

1). Pursuant to 42 U.S. Code § 1983 - Civil action for deprivation of rights "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, <u>any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress</u>, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

Even in a failed attempt or when any Attempt is made, it is still illegal.

Where "No person shall be denied the equal protection of the laws".

2). Under 10.8 Title VII, Civil Rights Act of 1964     **RETALIATION.**

Plaintiff seeks damages against the defendant for Retaliation, Violation of my Protected Constitutional Rights, Violation of The Fair Housing Act......Intimation, Threats, Indifferent Treatment, Stereotypes, Disregard of an active Sale Contract Which is a "Breach of Fiduciary Duty".

Again, "It shall be unlawful to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment.....an

Case Number:

individual's race, color, religion, sex, or national origin"……Title VII, Civil Rights Act of 1964:

3). Under "color of law," it is a crime for one or more persons using power given by a governmental agency (local, state or federal), to deprive or conspire willfully to deprive another person of any right protected by the Constitution or laws of the United States.
---Pursuant to TITLE 18, U.S.C., SECTION 242

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under

See Exhibit "A"; See Exhibit "L"  Emails 1 of 4  to  4 of 4

See Exhibit "I", See Exhibit "J".


4). Veteran Administration Benefits that is Afforded me and that Defendant is attempting to Block and Distort, deprivation me of my rights, privileges.

VA $ 0 Down……..the had me to put down over $22,000.00

VA Flexible Credit

VA Lower Rates

VA N0 Mortgage Insurance

VA Closing Cost

Manatee County Florida Property Tax Exemption

Manatee County Florida Ad valorem Taxation Exemption

Case Number:

5). See Exhibit "A" an Unprovoked and without warning this person, J. Geoffrey Pflugner or someone using his information, emailed me with an Attempt to Threaten and or intimidate me regarding Purchasing of Housing.  This person had no reason to email.me, Stating I could lose my House.  Starting January 01, 2021"………If I do not Reapply for 100% VA Disability which enables me to apply for my annual Florida Tax Exemption Status.  In my view that was a direct Threating, an Intimidating email letter address to me without cause.  Unless he was coerced by one of his employees

**Ms. Teresa Thurmond**
**Closing Coordinator**
**Allegiant Title Professionals, LLC**

Question, Why would I lose my house if I pay all my Florida Taxes and Mortgage…..rather I apply for Florida Homestead Tax exemption or not. …He Further tried to Threating, an Intimidating stating he is the "Boss" and "General Legal counsel of Sarasota County Property Appraiser".   I never asked him for his job title nor job status. **That is a direct Threat which violate Fair Housing Act.**

6). See Exhibit "B" where it clearly shows that I am an Honorable Discharge Disabled Vietnam Veteran, It shows that I Permanent and Total Disable since June 2010.   I am Over 55 years Old.

Case Number:

7). See Exhibit " E " showing both Tax Exemption Letters that were Verified through the Department of Veteran Affairs......Twice.one from Property Appraiser Lee County Florida and one from Manatee County Florida

### Veteran Administration Law and Qualifications as Permanent and Total

8). When Your VA Disability Rating is Permanent, VA deems a disability "permanent" when it is reasonably certain, based on medical evidence that the level of impairment will continue for the rest of the veteran's life. For this reason, VA is allowed to take age into account when determining whether a disability is permanent and it can be more difficult for younger veterans to be considered permanently disabled. When VA decides a veteran's service-connected condition is permanent in nature, it no longer requires veterans to attend re-examinations.

See Law  According to 38 CFR § 3.327, I am exempt from future examinations

9). when:   Your condition is static (unchanging);

Your condition has "persisted without material improvement for a period of five years or more" (i.e., stabilized rating);   The "disability from disease is permanent in character and of such nature that there is no likelihood of improvement;"

You are over 55 years of age, although some exceptions may apply;

The rating you received is the prescribed minimum rating; or

If a lower rating would not affect your combined disability rating

---Protected VA Disability Ratings

Case Number:

10). **Not this person, Mr. J. Geoffrey Real Estate Department nor this person Ms. Teresa Thurmond nor the Defendant**<u>, But The United States Congress has determined that under certain conditions it is not necessary for VA to expend resources to check on a veteran's service-connected condition.</u>  As a result, <u>some disability ratings can become "protected." A protected disability rating is a VA disability rating that cannot be reduced or revoked by VA in the future.</u>  This is known as a "protected rating." There are several types of protected ratings, including the following:

---VA Ratings at 10 Years....From Since June 2010....June 2020 is 10

years......Meaning I am Fully Eligible for Florida Tax Exemption

Status......**without Retesting.**

VA cannot sever service connection for Veterans who have been rated for that condition for 10 years or more.

If VA rates you as permanently and totally disabled, your disability rating should not be reduced.  Permanent and Total Disability means your service-connected condition is 100 percent disabling with no chance of improving.  As a result, VA will not schedule you for any further C&P examinations.

11). <u>Also, Other Requests and Demands made before closing by The Defendant:</u>

A). I do not have to have a Florida Drivers License to Purchase a Home

in Florida.....I live in the state of Tennessee......and the Defendant wants me to have

Florida ID or Florida Drivers License to close on my house.  AND .......If I do not

come to closing by there timeline then, .......They want to charge me $200 per day

until I close.  See Exhibit " C " Sales Contract August 07, 2019.  I do not plan to

Case Number:

get a Florida Drivers License any time soon, only after I complete my move to Florida. See Exhibit " D " showing my valid Tennessee Drivers License.

12). **The Defendant Demanded these items, which I do not have:**

B) Florida driver's licenses or Florida identification cards for non-drivers..

C) Florida vehicle tag number(s) on all vehicles privately owned.

D) Manatee County Voter's Registration card or Declaration of Domicile. …My car will remain in Tennessee/Georgia…….Not Florida

E) Resident Alien Card if not a US Citizen………………………………..there is no Resident Alien Card, I am a United States Citizen.

F) Copy of the entire trust agreement, or a recorded memorandum of trust, if property is held in a trust…..there is not a Trust to give the Defendant.

Case Number:

13).

## II.    CAUSE OF ACTION, INCIDENTS and OFFENSES:

- **Violation 42 U.S.C Sec. 1983;**

- **Review Articles of Incorporation of State of Florida**

- Florida State Statute: 196.081    " Tax Exemption for certain permanently and totally disabled veterans and for surviving spouses of veterans; exemption for surviving spouses of first responders who die in the line of duty.—"

- Violation of The Fair Housing Act, American Disability Act  also I am a

- Senior Citizen.

- Violation of Civil Rights Act of 1964: See Retaliation.

- Plaintiff seeks damages against the defendant for Retaliatory Threats and

- Intimation, Violation of my Protected Constitutional Rights, Violation of

  The Fair Housing Act.

- Threats, Indifferent Treatment when Constructing the house, Stereotypes

- undo Harassment toward Buyer and Harshness toward Pentagon Federal

- Credit Union Mortgage Loan Processor, Disregard of an active Sale Contract

Case Number:

- and .....erroneously charging me $200 per Day....all of Which is a "Breach of

- Fiduciary Duty".

- Neal Community Additional Violations.....According to 38 CFR § 3.327,

- Violation of my Protected Constitutional Rights......The Equal Protection Clause is part of the Fourteenth Amendment to the United States Constitution.

### III.     JURISDICTION AND VENUE

14). Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332(a)(l), as the matter in controversy exceeds $Two Hundred Thousand Dollars, diversity of citizenship exists between the Plaintiff and the Defendant............

15). Venue is appropriate in this district under 28 U.S.C. § 1391(a)(2) and under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District and the unlawful conduct of Defendant, out of which the cause of action arose, took place in this District.

### IV.     PARTIES

16). Plaintiff, JAMES NATHANIEL DOUSE is a resident of The Great State Tennessee and lives in that judicial district.

Case Number:

17). Defendant, NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC., principal place of business is in Florida, Where the Florida State Legislator has enacted both the Articles of Incorporation, regarding how businesses are to govern their business within the confines and in accordance to Florida State Law.

18). Defendant, NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC., principal place of business is in Florida, Where the Florida State Legislator has enacted both the Articles of Incorporation, regarding how businesses are to govern their business within the confines and in accordance with Florida State Law.

19).

## V.   FACTS:   Redress of grievances

### THIS COURT'S HAS THE POWER TO GRANT RELIEF

Section 13(b) of the FTC Act, 15 U.S.C. §53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC. The Court, in the exercise of its equitable jurisdiction, may remand ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC."

Case Number:

20).

In Conclusion,

## **THIS COURT'S HAS THE POWER TO GRANT RELIEF**

Section 13(b) of the FTC Act, 15 U.S.C. §53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC.

The Court, in the exercise of its equitable jurisdiction, may remand ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC."

In the Words and Prayer of The Late Rev. Joseph E. Lowery,

"We ask you to help us work for that day when black will not be asked to get in back; when brown can stick around; when yellow will be mellow; when the red man can get ahead, man; and when white will embrace what is right,"... year 2009.

Defendant is in Clear Violation of this Landmark 1964 and 1968 Civil Rights Act,

Federal Housing Act, American Disabilities Act and multiple Federal Statutes,

Wherefore, Plaintiff demands Judgement against Defendant for 10,000,000.00

(Ten Million Dollars) for Compensatory damages in addition to all Court Costs,

Miscellaneous Fees, Aggravating circumstances damages, punitive damages and

other damages allowable by law as This Court deems Appropriate, Fair and Just.

Case Number:

We earnestly Pray.

Respectfully Submitted

Date March 30, 2020

*/s/ James N. Douse*

James Nathaniel Douse Plaintiff, Pro Se
615-848-4415
718 Thompson Lane
Bldg. 108 Unit 124
Nashville, Tennessee, 37204

**Page 12 of 15**

Case Number:

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I cause the Party below to be served at their addresses via **Process Server:**


**Mr. Steven Abraham, President/Manager**

**NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC**

**5800 LAKEWOOD RANCH BLVD. NORTH**

**SUITE A**

**LAKEWOOD RANCH, FLORIDA 34240**


Respectfully Submitted

Date March 31, 2020

James Nathaniel Douse Plaintiff, Pro Se
615-848-4415
718 Thompson Lane
Bldg. 108 Unit 124
Nashville, Tennessee, 37204

Case Number:

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020, I cause the Parties below to be served at their addresses via **United States Postal Certified Mail**.

Attorney General
Department of Legal Affairs
The Capitol PL01
Tallahassee, Florida 32399-1050

Michael J. Missal
Dept of Veterans Affairs
Office of Inspector General
Office of Counselor (50C)
810 Vermont Ave, NW
Washington, DC 20420

Office of Civil Rights
Civil Division,
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

US Department of Justice
Civil Rights Division
Criminal Section - 4CON
950 Pennsylvania Avenue, NW
Washington, DC 20530

US Department of Justice
950 Pennsylvania Avenue, NW
Civil Rights Division
Disability Rights Section - 4CON
Washington, D.C. 20530

Case Number:

Department of Veterans Affairs
Office of General Counsel
810 Vermont Avenue, NW
Washington, DC 20420

Office of Chief Counsel
VA Regional Office
3322 West End Avenue, Suite 509
Nashville, TN 37203

St. Petersburg VA Regional Office
Bay Pines VA Healthcare System
9500 Bay Pines Blvd.
Bay Pines, FL 33744

Respectfully Submitted

Date March 30, 2020

James Nathaniel Douse Plaintiff, Pro Se
615-848-4415
718 Thompson Lane
Bldg. 108 Unit 124
Nashville, Tennessee, 37204