```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675058363
Cashier ID: althea2
Transaction Date: 03/31/2020
Payer Name: JAMES D DOUSE
------------------------------------
CIVIL FILING FEE
 For: JAMES D DOUSE
 Amount:        $400.00
------------------------------------
Paper Check Conversion
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

3:20-0277
```