IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
APR 2 4 2020 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| JAMES NATHANIEL DOUSE, | ) |
| | ) |
| *Plaintiff, pro se,* | ) |
| | ) Case No. 3:20-cv-0277 |
| v. | ) |
| | ) Hon. Waverly D. Crenshaw, Jr. |
| NEAL COMMUNITIES OF SOUTHWEST | ) |
| FLORIDA, INC., a Florida corporation, | ) |
| | ) |
| *Defendant.* | ) |

**DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FRCP 12(b)(2), 12(b)(3), and 12(b)(6)**

Defendant Neal Communities of Southwest Florida, Inc. ("Neal") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(2) to dismiss without prejudice the claims against it in the Complaint. (Dkt. 1).

The claims against Neal are subject to dismissal because Plaintiff has failed to establish that this Court has personal jurisdiction over Neal, a Florida corporation with its headquarters and principal place of business in Sarasota, Florida.

Neal also respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(3) to dismiss without prejudice the claims against it in the Complaint. *Id.*

The claims against Neal are subject to dismissal because Plaintiff has failed to establish that venue is proper in the Middle District of Tennessee, as Neal is not a resident of the Middle District of Tennessee, nor did any of the events or occurrences giving rise to the instant action substantially occur within the Middle District of Tennessee.

Finally, Neal respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice the claims against it in the Complaint. *Id.*

The claims against Neal are subject to dismissal under *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) because they do not contain factual allegations against Neal, which, if true, could state a plausible claim upon which relief may be granted. A memorandum of law in support of the foregoing is filed concurrently herewith.

        Respectfully Submitted,

        By:    /s/ Matthew Edward Vogler

            Matthew Edward Vogler
            Illinois ARDC #6317714
            (*pro hac vice* motion pending)

VOGLER & ASSOCIATES, P.C.
600 Superior Avenue East, Suite 1300
Cleveland, Ohio 44114
Telephone: (216)522-1922
mvogler@voglerlegal.com

*Attorney for Defendant Neal Communities of Southwest Florida, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing Motion to Dismiss pursuant to FRCP 12(b)(2), 12(b)(3), and 12(b)(6), along with the accompanying Memorandum in Support of said motion, has been served upon Plaintiff, *pro se*, by U.S. Mail or other third-party carrier, postage prepaid, addressed to:

    James Nathaniel Douse
    718 Thompson Lane
    Bldg. 108, Unit 124
    Nashville, Tennessee 37204

on this 24th day of April, 2020.

                                                      /s/ Matthew Edward Vogler
                                                  Matthew Edward Vogler