CASE–CLOSED,CASE–REFERRED,HOLMES,PRO–SE–CASE

# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:20–cv–00277

Douse v. Neal Communities of Southwest Florida, Inc.
Assigned to: Chief Judge Waverly D. Crenshaw, Jr
Referred to: Magistrate Judge Barbara D. Holmes
Cause: 42:1981 Housing Discrimination

Date Filed: 03/31/2020
Date Terminated: 07/20/2020
Jury Demand: None
Nature of Suit: 443 Civil Rights: Accommodations
Jurisdiction: Diversity

**Plaintiff**

**James Nathaniel Douse**                     represented by     **James Nathaniel Douse**
718 Thompson Lane #104–124
Nashville, TN 37204
PRO SE

V.

**Defendant**

**Neal Communities of Southwest Florida, Inc.**     represented by     **Matthew Vogler**
Vogler & Associates, P.C.
600 Superior Avenue East
Suite 1300
Cleveland, OH 44114
(216) 522–1922
Email: mvogler@voglerlegal.com
*ATTORNEY TO BE NOTICED*

**Van R. Irion**
Law Office of Van R. Irion
800 South Gay Street
Suite 700
Knoxville, TN 37929
(865) 766–4040
Fax: (865) 766–4100
Email: van@irionlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2020 | Ï 1 | COMPLAINT against Neal Communities of Southwest Florida, Inc. (Filing fee $400, Receipt number 34675058363), filed by James Nathaniel Douse. (Attachments: # 1 Attachment – Civil Cover Sheet, # 2 Exhibit A – Threating Email from Allegiant Title Professionals, LLC, # 3 Exhibit B – United States Marine Corps Honorable Discharged letter, # 4 Exhibit C – Wire Transaction, # 5 Exhibit D – Tennessee Drivers License, # 6 Exhibit E – Exemptions: Property Tax and Ad Uolurem Tax, # 7 Exhibit F – Wire Transaction, # 8 Exhibit G – Defendant's Sales Contract, # 9 Exhibit H – Florida Statutes Title XIV, # 10 Exhibit I – March 15, 2020 HUD Fair Housing Letter and Complaint, # 11 Exhibit J – Incidents of Indifferent Treatment and Strero Types, # 12 Exhibit K – a 3 car Garage too Small for a normal size car, # 13 Exhibit L – Emails Showing the Disregards to |

| | | |
|---|---|---|
| | | Buyer and my Loan Processor, # 14 Attachment – Filing Fee Receipt)(mg) (Entered: 03/31/2020) |
| 03/31/2020 | Ï 2 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (mg) (Entered: 03/31/2020) |
| 03/31/2020 | Ï 3 | Summons issued as to Neal Communities of Southwest Florida, Inc. Service copies will be returned to Pro Se party by mail. (mg) (Entered: 03/31/2020) |
| 03/31/2020 | Ï | Notice mailed to pro se party regarding filing of new case (docket sheet & certificate of service form and Notice, Consent form included.) (mg) (Entered: 03/31/2020) |
| 04/06/2020 | Ï 4 | ORDER REFERRING CASE: Plaintiff filed a complaint against Neal Communities of Southwest Florida, Inc. pursuant to 42 U.S.C. § 1881. (Doc. No. 1 ). Plaintiff paid in full the $400.00 filing fee. (Id.) This action is REFERRED to the Magistrate Judge to oversee service of process on Defendant, to enter a scheduling order for the management of the case. Plaintiff is further notified that he MUST keep the Court informed at all times of his current address. Signed by Chief Judge Waverly D. Crenshaw, Jr on 4/6/2020. (xc:Pro se party by regular mail.) **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(mg) (Entered: 04/06/2020) |
| 04/07/2020 | Ï 5 | ORDER: By Order April 6, 2020 (Docket Entry No. 4 ), the Court referred this pro se case to the Magistrate Judge for pretrial proceedings. As Plaintiff was advised in the Order, he is responsible for serving the defendant with the summons and complaint. In accordance with Rule 4(m), he must serve the defendant with the summons and complaint within 90 days of the date the complaint was filed, unless this time is extended by the Court upon a showing of good cause, or the case will be dismissed. The Clerk is directed to send all orders entered in this case to the pro se Plaintiff by regular, first class mail (only), unless otherwise directed by the Court. Signed by Magistrate Judge Barbara D. Holmes on 4/7/2020. (xc:Pro se party by regular mail this Order as well as the previous Order 4 .) **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(mg) (Entered: 04/07/2020) |
| 04/07/2020 | Ï 6 | SUMMONS returned executed by James Nathaniel Douse. Neal Communities of Southwest Florida, Inc. served on 4/3/2020. (mg) (Entered: 04/07/2020) |
| 04/24/2020 | Ï 7 | MOTION for attorney Matthew E. Vogler to Appear Pro Hac Vice ($100 Fee Paid) by Neal Communities of Southwest Florida, Inc.. (Attachments: # 1 Attachment – Certificate of Good Standing)(mg) Modified on 4/27/2020 (mg). Modified on 4/29/2020 (mg). (Entered: 04/27/2020) |
| 04/24/2020 | Ï 11 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by Neal Communities of Southwest Florida, Inc. (mg) Modified on 4/29/2020 (mg). (Entered: 04/29/2020) |
| 04/24/2020 | Ï 12 | MOTION to Dismiss by Neal Communities of Southwest Florida, Inc. (mg) (Entered: 04/29/2020) |
| 04/24/2020 | Ï 13 | MEMORANDUM in Support of 12 MOTION to Dismiss filed by Neal Communities of Southwest Florida, Inc. (Attachments: # 1 Exhibit A – AFFIDAVIT OF MICHAEL STOREY IN SUPPORT OF MOTION TO DISMISS, # 2 Exhibit B – Document, Detail by Entity Name)(mg) (Entered: 04/29/2020) |
| 04/27/2020 | Ï | IL State Bar status verified as active for Matthew Vogler. (mg) (Entered: 04/27/2020) |
| 04/27/2020 | Ï | NOTICE TO COUNSEL Matthew Vogler: WITHIN 21 DAYS, counsel shall associate local counsel qualified to practice in the United States District Court for the Middle District of Tennessee. Local counsel shall electronically file a Notice of Appearance (LR 83.01(d)). Appearance by local counsel due by 5/18/2020. (mg) (Entered: 04/27/2020) |
| 04/28/2020 | Ï 8 | RECEIPT #34675058363 in the amount of $400 posted by James Nathaniel Douse re 1 Complaint. (mg) (Entered: 04/28/2020) |

| 04/28/2020 | ϊ 9 | RECEIPT #34675058663 in the amount of $100 posted by Neal Communities of Southwest Florida, Inc. re 7 Matthew E. Vogler's Motion to Appear Pro Hac Vice. (mg) (Entered: 04/29/2020) |
|---|---|---|
| 04/29/2020 | ϊ 10 | ORDER granting 7 Motion for Matthew E. Vogler to Appear Pro Hac Vice. Signed by Kirk L. Davies on 4/29/20. **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(Davies, Kirk) Modified text on 4/30/2020 (hb). (Entered: 04/29/2020) |
| 05/06/2020 | ϊ 14 | RESPONSE in Opposition re 12 MOTION to Dismiss filed by James Nathaniel Douse. (mg) (Entered: 05/07/2020) |
| 05/08/2020 | ϊ 15 | ORDER: On May 6, 2020, Plaintiff filed a response in opposition, see Docket Entry No. 14 , to Defendant's pending motion to dismiss 12 . In accordance with Local Rule 7.01, Defendant is directed to file a reply of no more than five pages by May 18, 2020. No sur–reply from Plaintiff is permitted. Signed by Magistrate Judge Barbara D. Holmes on 5/8/2020. (xc:Pro se party by regular mail.) (mg) (Entered: 05/08/2020) |
| 05/18/2020 | ϊ 16 | NOTICE of Appearance by Van R. Irion on behalf of Neal Communities of Southwest Florida, Inc. (Irion, Van) (Entered: 05/18/2020) |
| 05/18/2020 | ϊ 17 | REPLY to Response to re 12 MOTION to Dismiss filed by Neal Communities of Southwest Florida, Inc.. (Vogler, Matthew) (Entered: 05/18/2020) |
| 05/19/2020 | ϊ | TN State Bar status verified as active for Van R. Irion. (mg) (Entered: 05/19/2020) |
| 06/23/2020 | ϊ 18 | REPORT AND RECOMMENDATION re 12 MOTION to Dismiss: Based on the foregoing, it is respectfully RECOMMENDED that Defendants' motion to dismiss (Docket Entry No. 12 ) be DENIED WITHOUT PREJUDICE to the extent that Defendant seeks dismissal of this action and that the action be TRANSFERRED to the United States District Court for the Middle District of Florida. Signed by Magistrate Judge Barbara D. Holmes on 6/23/2020. (xc:Pro se party by regular mail.) **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(mg) (Entered: 06/23/2020) |
| 07/03/2020 | ϊ 19 | OBJECTION re 18 Report and Recommendations by James Nathaniel Douse. (mg) (Entered: 07/06/2020) |
| 07/20/2020 | ϊ 20 | ORDER DISMISSING CASE: Magistrate Judge Holmes has entered a Report and Recommendation ("R&R") (Doc. No. 18 ) in which she recommends that Defendant's Motion to Dismiss (Doc. No. 12 ) be denied without prejudice and that, in lieu of dismissal, the case be transferred to the Middle District of Florida where it could have been brought. Plaintiff has filed two Objections to the R&R (Doc. No. 19 ), neither of which is persuasive. Accordingly, the R&R (Doc. No. 18 ) is ACCEPTED and APPROVED and Plaintiff's Objections thereto (Doc. No. 19 ) are OVERRULED. Defendant's Motion to Dismiss (Doc. No. 12 ) is DENIED WITHOUT PREJUDICE and this case is hereby TRANSFERRED to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1406(a). Signed by Chief Judge Waverly D. Crenshaw, Jr on 7/20/2020. (xc:Pro se party by regular mail. ) **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(mg) (Entered: 07/20/2020) |