UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES NATHANIEL DOUSE,**

    Plaintiff,

v.                                                       Case No: 8:20-cv-1587-T-35TGW

**NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC.,**

    Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Notice to the Court. (Dkt. 34) On July 21, 2020, this matter was transferred to the Middle District of Florida from the Middle District of Tennessee pursuant to 28 U.S.C. § 1406(a). (Dkt. 20) Plaintiff, who is proceeding in this matter *pro se,* advises the Court that he has appealed the transfer order to the Sixth Circuit Court of Appeals, which appeal is currently pending. (Dkt. 34)

"[A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously. The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over the aspects of the case involved in the appeal." United States v. Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995) (citing Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)).

Accordingly, it is hereby **ORDERED** that all proceedings in this case are **STAYED** pending the resolution of Plaintiff's interlocutory appeal. The Clerk is directed to **TERMINATE** any pending motions and **ADMINISTRATIVELY CLOSE** this case. Upon

conclusion of the appeal, Plaintiff may move to reopen the case. Thereafter, any party may request reinstatement of any previously filed motion.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of August, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party