FILED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

JAMES NATHANIEL DOUSE,
    Plaintiff, Pro Se (Esq. Pending)
                Vs.           **Case No: 8:20-cv-1587-T-35TGW**

NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC.
    Defendant.

)
)
)
)
)
)

---

## NOTICE TO THE CLERK   and   NOTICE TO THE COURT

"Plaintiffs' Address Change   and   6th Circuit Court of Appeals Ruling" for case no. 20-5917

---

## I).

**A).** Plaintiff, James Nathaniel Douse, hereby gives proper Notice to

the Clerk of Court of its New Mailing Address for this Case.  Plaintiff is

NOW a resident of Florida as of September 8, 2020 and lives in this

Judicial District.

                          1767 Lakewood Ranch Blvd.
                          Unit 375
                          Bradenton, Florida 34211
                          **Manatee County, Florida.**

JAMES NATHANIEL DOUSE Vs. NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC.
**No: 8:20-cv-1587-T-35TGW**

**3.**

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I cause the foregoing Papers to be

served to the Party below via United States Postal Certified Mail addressed to:

Matthew E. Vogler, Esq.
600 Superior Avenue East,
Suite 1300
Cleveland, Ohio 44114
Counsel for Defendant

James E. Schier
Registered Agent
Canoe Creek Investment, LLC
5800 Lakewood Ranch Blvd
Sarasota, FL. 34240

September 21, 2020

JAMES NATHANIEL DOUSE, Pro Se
(615)853-4552
1767 Lakewood Ranch Blvd.
Unit 375
Bradenton, Florida 34211

No. 20-5917

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Sep 18, 2020
DEBORAH S. HUNT, Clerk
```

JAMES NATHANIEL DOUSE,                )
                                      )
        Plaintiff-Appellant,          )
                                      )
v.                                    )          O R D E R
                                      )
NEAL COMMUNITIES OF SOUTHWEST         )
FLORIDA, INC.,                        )
                                      )
        Defendant-Appellee.           )
                                      )


Before:  STRANCH, THAPAR, and READLER Circuit Judges.

This matter is before the court upon initial consideration of our jurisdiction.

James Nathaniel Douse filed this civil action in the Middle District of Tennessee, but it

involves events that occurred in Florida.  The district court transferred the case to a federal district

court in Florida.  This appeal followed.

An order transferring an action from one district court to another is not a final or appealable

order.  *Miller v. Toyota Motor Corp.*, 554 F.3d 653, 655 (6th Cir. 2009); *Lemon v. Druffel*, 253

F.2d 680, 683 (6th Cir. 1958).  Therefore, we do not have jurisdiction.  *See* 28 U.S.C. § 1291.

For the foregoing reason, we **DISMISS** appeal No. 20-5917.


                                ENTERED BY ORDER OF THE COURT



                                _____
                                Deborah S. Hunt, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 18, 2020

James Nathaniel Douse
718 Thompson Lane
Unit 124 Building 108
Nashville, TN 37204

Re:  Case No. 20-5917, *James Douse v. Neal Communities of Southwest*
Originating Case No. : 3:20-cv-00277

Dear Mr. Douse,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

cc:  Mr. Kirk L. Davies
Mr. Van Irion
Mr. Matthew Vogler

Enclosure

No mandate to issue