UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES NATHANIEL DOUSE,**

    Plaintiff,

v.                                                    Case No: 8:20-cv-1587-T-35TGW

**NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC.,**

    Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Re-Open Case. (Dkt. 38) On August 20, 2020, this matter was stayed and administratively closed pending the resolution of Plaintiff's interlocutory appeal to the Sixth Circuit Court of Appeals. (Dkt. 35) In his Motion, Plaintiff advises that the appeal has been resolved, and seeks to reopen this matter to continue litigation in Florida. (Dkts. 37, 38) Accordingly, the Court hereby **ORDERS** that this matter be reopened. Defendant shall have **fourteen (14) days** from the date of this Order to respond to the Complaint or request reinstatement of its previously filed Motion to Dismiss.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of October, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party