

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

FILED

2021 MAR 15  AM 11:20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

VIOLATIONS: Abuse of Process and Violation of FRCP Rule 55 and 12

| | |
|---|---|
| JAMES NATHANIEL DOUSE,<br>Plaintiff, Pro Se<br>Vs.<br>NEAL COMMUNITIES OF SOUTHWEST FLORIDA, INC.<br>Defendant. | Civil Action:<br>LT No. 8:20-CV-01587 |

PLAINTIFFS' NOTICE OF APPEAL, as This Argument is on my side.

Notice is hereby given in accordance with Rule 3 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1 292(a)( 1) that hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court dated March 05, 2021 Document 53…Also…See Document 42.

This 12th day of March , 2021.



LT. CIVIL NO. 20-CV-01587

### (I.)

***** Curing The Plague of Injustice *****

A). Notice was given in accordance with 28 U.S.C. § 636(c)(3), an appeal from a judgment entered at a magistrate judge's directions to the United States Eleventh Circuit Court of Appeals.

B). It is a Violation of 18 U.S. Code § 2076 - Clerk of United States District Court Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

C). Plaintiff-Appellant wishes <u>Only</u> to have This Motion for Default Judgement signed and Docked/Entered in Favor of Plaintiff-Appellant for the Sum Certain amount of Ten Million Dollars….$10,000,000….because the Defendant is in Default………..but does not wishes The Clerk to be prosecuted nor jailed …….**Just that they are to do their Job under the Law and Rules of the Court ……and that this Clerk is to up hold their Oath of Office…..**

2.

## CONCLUSION

Humility Comes Before Honor and Its not Good to deprive the innocent of Justice,

Respectfully submitted,
March 12, 2021

JAMES NATHANIEL DOUSE, Pro Se
615-853-4552
1767 Lakewood Ranch Blvd.
Unit 375
Bradenton, Florida 34211
jamescnet90@yahoo.com

3.

LT. CIVIL NO. 20-CV-01587

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021 I cause the foregoing Papers to be served to the Party below via United States Postal Certified Mail addressed to:

James E. Schier
Registered Agent
Canoe Creek Investment, LLC
5800 Lakewood Ranch Blvd
Sarasota, FL. 34240

Matthew E. Vogler*
Ohio Bar No. 94073
Email: mvogler@voglerlegal.com
VOGLER & ASSOCIATES, P.C.
600 Superior Avenue East, Suite 1300
Cleveland, Ohio 44114
Telephone: (216)522-1922

Edward Vogler II
Florida Bar No. 0380970
Email: edvogler@voglerashton.com
VOGLER ASHTON, PLLC
705 10th Avenue West, Unit 103
Palmetto, Florida 34221
Telephone: (941)304-3400
Facsimile: (941)866-7648

Respectfully Submitted,

Date March 12, 2021

James N Douse, Sr.
615-853-4552
1767 Lakewood Ranch Blvd.
Unit 375
Bradenton, Florida 34211

4.